63994. LONG v. MARVIN M. BLACK COMPANY et al.

SHULMAN, Chief Judge.

This court having entered on September 9, 1982, a judgment in the above-styled case (163 Ga. App. 633 (294 SE2d 641)), affirming the judgment of the trial court; and the judgment of this court as to Division 2 having been reversed on certiorari by the Supreme Court in *Long v. Marvin M. Black Co.,* 250 Ga. 621 (300 SE2d 150), the judgment heretofore rendered by this court as to Division 2 is vacated, and the judgment of the Supreme Court as to Division 2 is made the judgment of this court.

*Judgment reversed in part and affirmed in part. Quillian, P. J., and Carley, J., concur.*

DECIDED APRIL 21, 1983.

*Wallace C. Clayton, Melodie H. Clayton,* for appellant.
*Henry D. Green, Jr., Robert G. Tanner,* for appellees.